JENNIFER S. MUSE (Bar No. 211779)
  jsm@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street
Thirty-First Floor
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Plaintiff and Counterdefendant AMERICAN MODERN HOME INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN MODERN HOME INSURANCE COMPANY, an Ohio corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>GARY WILLIAMS, an individual; BRIGITTE WILLIAMS, an individual,<br><br>            Defendants. | Case No. 2:12-CV-10840-DMG (AGRx)<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION [19]** |
| GARY WILLIAMS, an individual, and BRIGITTE WILLIAMS, an individual,,<br><br>            Counterclaimants,<br><br>    vs.<br><br>AMERICAN MODERN HOME INSURANCE COMPANY, a corporation,,<br><br>            Counterdefendant. | |

/ / /

/ / /

1113188.1 05896-021

(~~PROPOSED~~) ORDER OF DISMISSAL OF ENTIRE ACTION

1    Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), this action is
2  dismissed, with prejudice.  The parties shall bear their own costs and fees.  The
3  Court shall retain jurisdiction to enforce the terms of the settlement.
4    IT IS SO ORDERED.

6  DATED:  October 2, 2013                  _____
7                                            DOLLY M. GEE
                                             UNITED STATES DISTRICT JUDGE

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1113188.1 05896-021

2
(PROPOSED) ORDER OF DISMISSAL OF ENTIRE ACTION